**Recommendation Terminating Probation/Supervised Release
Prior to Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Docket No: 1:10CR00415-001 |
| ANDRES CERVANTES ) | |
| ) | |

**LEGAL HISTORY:**

On January 7, 2011, the above-named was placed on ( ) Probation / ( **X** ) Supervised Release for a period of 3 years, in reference to the offense of 21 USC 846, 841(a)(1) and 841(b)(1)(C), Conspiracy to Cultivate Marijuana. Supervision commenced on January 7, 2011. Special conditions included a requirement for: warrantless search; financial disclosure; drug aftercare/testing; 60 days home detention; aftercare co-pay; disclosure of cable/telephone information; drug registration; 20 hours community service per week if unemployed.

**SUMMARY OF COMPLIANCE:**

Mr. Cervantes has complied with all conditions and special conditions of Probation/Supervised Release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that probationer/supervisee has derived maximum benefit from supervision and is not in need of continued supervision.

Re:     ANDRES CERVANTES
        Docket No.:   1:10CR00415-001
        **RECOMMENDATION TERMINATING**
        **PROBATION/SUPERVISED RELEASE**
        **PRIOR TO EXPIRATION DATE**

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Probation/Supervised Release in this case be terminated early.

                    Respectfully submitted,

                    /s/ Frank Esquivel

                    **FRANK ESQUIVEL**
                    **Senior United States Probation Officer**

Dated:      May 7, 2013
            Bakersfield, California
            FE:dk


                        /s/ Thomas A. Burgess
**REVIEWED BY:**  _____
                    **THOMAS A. BURGESS**
                    **Supervising United States Probation Officer**


cc:    AUSA (NAME) - Kathleen A. Servatius
       (Pursuant to Rule 32, notice of proposed relief to the probationer/supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35 - Report and Order Terminating Probation/Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)
IT IS SO ORDERED.

**Dated:   May 7, 2013**           **/s/  Lawrence J. O'Neill**
                                UNITED STATES DISTRICT JUDGE